**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARIBETH HARRINGTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-09-0601 |
| | § | |
| UNIVERSITY OF TEXAS M.D. ANDERSON | § | |
| CANCER CENTER, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

  The deadline to complete the settlement conference before Magistrate Judge Milloy is extended to September 30, 2009.  The deadline for amending pleadings and joining new parties is extended to October 16, 2009.

  SIGNED on July 7, 2009, at Houston, Texas.

_____
     Lee H. Rosenthal
   United States District Judge