IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARIBETH HARRINGTON, § § Plaintiff, § § vs. § UNIVERSITY OF TEXAS M.D. ANDERSON § CANCER CENTER, § § Defendant. § | CIVIL ACTION NO. H-09-0601 |

## ORDER

The parties' agreed motion to amend the scheduling order is granted. The pretrial motions deadline is extended to March 19, 2010. No other motions may be filed after this date except for good cause. No other deadlines are extended.

SIGNED on January 29, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge