IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIBETH HERRINGTON, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-09-0601 |
| UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER, | § § § | |
| Defendant. | § § | |

## ORDER

The plaintiff, Maribeth Herrington, filed a motion for leave to amend the complaint. (Docket Entry No. 20). The motion was filed as opposed but no response has been filed. The motion is granted. The amended complaint is deemed filed as of April 12, 2010.

SIGNED on April 12, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge