**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MARIBETH HERRINGTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-0601 |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| M.D. ANDERSON CANCER CENTER, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion entered this date, this

civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on November 24, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge